**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 17, 2015.**



In The

# Fourteenth Court of Appeals

---

### NOS. 14-15-00939-CR, 14-15-00940-CR, 14-15-00941-CR, and 14-15-00942-CR

---

### IN RE OVERILLE DENTON THOMPSON, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 185th District Court
### Harris County, Texas
### Trial Court Cause Nos. 1445929, 1445930, 1446657, and 1468823

---

### MEMORANDUM OPINION

On November 5, 2015, relator Overille Denton Thompson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Susan Brown, presiding judge of the 185th District Court of Harris

County, to rule on pretrial petitions and applications for writ of habeas corpus that allegedly were filed with the trial court in one or more of the above causes on May 29, 2015, June 23, 2015, July 10, 2015, August 20, 2015, and September 1, 2015.

Relator has not provided this court with a record sufficient to establish a right to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding); Tex. R. App. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"). In particular, relator has not provided this court with a record that establishes that he filed and presented his petitions and applications for writs habeas corpus to the trial court or that the trial court refused to rule on them. The record does not contain any of the petitions or applications that relator references by filing date in his petition. Relator simply includes an affidavit in the appendix that states that it would be a hardship for him to obtain copies of these petitions and that they are available on the district clerk's website. This affidavit does not constitute a sufficient record.

We deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Chief Justice Frost, and Justices Christopher and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).